UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFONSO BORJA, SR. and
AVELINA BORJA,

    NO. CIV. S-09-2393 LKK/GGH

    Plaintiffs,

    v.

    O R D E R

COUNTRYWIDE HOME LOANS, INC.,
et al.,

    Defendants.

                                    /

On November 2, 2009, Anthony Wall, president of defendant Golden Horizon Mortgage, Inc. ("GHM"), appeared on behalf of GHM during the status conference. At this time, the court learned that GHM, a corporation, was not represented by counsel. The court also learned that GHM filed an answer to plaintiffs' complaint, Doc. No. 8, on October 20, 2009. In this answer, GHM stated that it lacks sufficient funds to hire an attorney. Pursuant to Local Rule 83-183(a), "a corporation . . . may appear only by an attorney."

    Accordingly, the court orders as follows:

    1.    Defendant GHM is given thirty days to retain counsel.

1

1  2.  Defendant GHM's answer to plaintiffs complaint, Doc. No.
2      8, is stricken.
3  3.  Defendant GHM must file its answer or its motion to
4      dismiss by December 21, 2009.
5  4.  Defendant GHM must file its status report ten days prior
6      to the status conference.
7  5.  Defendant GHM must appear at the status conference by
8      counsel.  If counsel does not appear, plaintiffs may
9      apply to the court for a default judgment.
10 IT IS SO ORDERED.
11 DATED:  November 4, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2