UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFONSO BORJA, SR. and
AVELINA BORJA,

        NO. CIV. S-09-2393 LKK/GGH

    Plaintiffs,

  v.

        O R D E R

COUNTRYWIDE HOME LOANS, INC.,
et al.,

    Defendants.

_____/

On August 26, 2009, the court filed an order setting a status (pretrial scheduling) conference for November 2, 2009 at 11:00 a.m. On October 22, 2009, plaintiffs filed a status report. However, counsel for plaintiffs did not appear for the scheduling conference. Counsel also did not appear for the scheduling conference in another case before this court, Mejia, et al., v. Countrywide Home Loans, et al., No. 2:09-cv-02346-LKK-DAD, scheduled for 10:30 a.m. on November 2, 2009.

    Accordingly, the court orders as follows:

////

1. Counsel for plaintiffs is hereby ORDERED TO SHOW CAUSE in writing within ten (10) days of the date of this order why sanctions, including requiring plaintiffs' counsel to pay defendants' attorney's fees, should not issue in the above-captioned case, as permitted by Local Rule 11-110.
2. The status (pretrial scheduling) conference is set for January 4, 2010 at 3:30 p.m.

IT IS SO ORDERED.

DATED: November 4, 2009.

_LAWRENCE K. KARLTON_
SENIOR JUDGE
UNITED STATES DISTRICT COURT