UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFONSO BORJA, SR. and
AVELINA BORJA,

        NO. CIV. S-09-2393 LKK/GGH

    Plaintiffs,

  v.

        O R D E R

COUNTRYWIDE HOME LOANS, INC.,
et al.,

    Defendants.
_____/

On November 5, 2009, this court ordered counsel for plaintiff to show cause why sanctions should not issue for counsel's failure to appear at a status conference scheduled for November 2, 2009. Counsel has filed a response. Good cause having been shown, the court finds that no sanction is appropriate.

IT IS SO ORDERED.

DATED: November 16, 2009.

*[signature: Lawrence K. Karlton]*

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT