UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFONSO BORJA, SR. and
AVELINA BORJA,

        NO. CIV. S-09-2393 LKK/GGH

    Plaintiffs,

   v.

        O R D E R

COUNTRYWIDE HOME LOANS, INC.,
et al.,

    Defendants.

                               /

    Plaintiffs in this suit bring numerous claims against various private financial and real estate businesses and several individuals involved with plaintiff's home mortgage. On October 21, 2009, defendants Countrywide Home Loans and Mortgage Electronic Registration Services Inc. moved to dismiss all claims against them and moved to strike several sections of plaintiff's complaint. These motions were set for hearing on January 11, 2009. Plaintiffs filed an amended complaint On December 24, 2009.[1]

---

[1] Under the amendments to Fed. R. Civ. P. 15(a)(1) that took effect on December 1, 2009, when a Fed. R. 12(b) motion is filed,

1

1    It appears that many of the arguments raised in the motions
2 to dismiss and to strike portions of the initial complaint may also
3 apply to the amended complaint.  Nonetheless, the court declines
4 to address this issue without briefing directly on point from
5 either party.
6    Accordingly, the pending motions, Doc. No 9, are DENIED
7 WITHOUT PREJUDICE as moot.
8    IT IS SO ORDERED.
9    DATED:  January 4, 2010.

```
                          _____
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```

---

24 a plaintiff may only amend as a matter of course within twenty-one
25 days of service of the 12(b) motion.  Because the instant motion
   was served prior to the effective date of the amendment, the court
26 uses the former rule.  However, the court notes that if the new
   rule applied, plaintiffs' amendment would be untimely.

2