UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFONSO BORJA, SR. and
AVELINA BORJA,

        NO. CIV. S-09-2393 LKK/GGH

    Plaintiffs,

  v.

O R D E R

COUNTRYWIDE HOME LOANS, INC.,
et al.,

    Defendants.

_____/

Plaintiffs in this case bring numerous claims arising out of their home loan and mortgage. On January 11, 2010, defendants Countrywide Home Loans, Inc., Bank of America, N.A., and Recontrust Company, N.A., filed a motion to dismiss, which was noticed for hearing on February 22, 2010. Pursuant to Local Rule 230(c), plaintiffs were obliged to file either an opposition or notice of non-opposition no later than February 8, 2010. Plaintiffs failed to file either document. More generally, neither party has made

////

////

1

any filing in this case since the January 11 motion was filed.[1]

Based on the above, the court ORDERS as follows:

1. Counsel for plaintiffs is hereby ORDERED TO SHOW CAUSE why sanctions should not issue for failure to comply with the local rules, including dismissal of this case and/or monetary sanction of $250. Counsel is cautioned that the fact that she represents clients in a large number of similar cases is not good cause for failing to comply with the local rules. C.f. Mensah v. GMAC Mortgage, No. 2:09-cv-3196, Plaintiff's Response to Order to Show Cause, Dkt. No. 38 (E.D. Cal. Feb. 8, 2010). Counsel shall file a response to this order to show cause no later than March 15, 2010.

2. Plaintiffs shall file and serve their opposition or statement of non-opposition on or before March 15, 2010. Defendants may file and serve a reply no later than March 22, 2010.

IT IS SO ORDERED.

DATED: March 2, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The only subsequent filings in this case were the order reassigning this case from Magistrate Judge Hollows to newly appointed Magistrate Judge Newman, and this court's February 16 order determining that no oral argument was necessary for the pending motion.

2