UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFONSO BORJA, SR. and
AVELINA BORJA,

          NO. CIV. S-09-2393 LKK/GGH

    Plaintiffs,

  v.

          O R D E R

COUNTRYWIDE HOME LOANS, INC.,
et al.,

    Defendants.
_____/

    In an order filed March 22, 2010 (Dkt. No. 34), the court sanctioned plaintiffs' counsel $250 and directed counsel to file an affidavit affirming that the client would not be made responsible for this sum. Both the payment and the affidavit were to be received within twenty-one days of that order, i.e., by April 12, 2010.

    It is now June 30, and counsel has yet to comply with this order. Accordingly, the court ORDERS as follows:

    1.   Counsel for plaintiffs is reminded of the obligations imposed by the court's March 22, 2010 order.

1

2. Counsel for plaintiffs is hereby ORDERED TO PERSONALLY APPEAR for a hearing on an ORDER TO SHOW CAUSE why further sanctions should not issue in the above-captioned case as permitted by Local Rule 110.  Counsel is strongly encouraged to submit the fine and affidavit required by the March 22, 2010 order prior to this hearing, but counsel is cautioned that doing so will not cause the court to vacate the hearing.  This hearing is SET for on Monday, July 26, 2010 at 10:00 a.m. in courtroom 4.

IT IS SO ORDERED.

DATED:  July 2, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT